UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:05CR87-001 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| DERRICK DANIELS, | ) | <u>ORDER REGARDING SUPERVISED</u> |
| | ) | <u>RELEASE VIOLATION HEARING</u> |
| Defendant. | ) | |

A Supervised Release Violation Hearing was held on August 10, 2005, in conjunction with the Sentencing Hearing in Case No. 5:05CR38-006. The Defendant admits to the violations and was found by this Court to be in violation of his supervised release. Therefore, defendant Derrick Daniels is hereby sentenced to the custody of the Bureau of Prisons for a period of 27 months to run CONSECUTIVE to the sentence imposed in Case No. 5:05CR38-006. There will be no further supervision imposed in Case No. 5:05CR87-001.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 8/12/05